150 A.3d 402

STATE OF NEW JERSEY IN THE INTEREST OF
A.M., A JUVENILE. (A.M.–PETITIONER)

JULY 11, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000077–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

150 A.3d 402

REIKO FUJITA, PLAINTIFF–PETITIONER, v. KINGO YAMANA-SHI, AND YAMA SEAFOOD, INC., A NEW YORK CORPORA-TION, DEFENDANTS–RESPONDENTS.

JULY 11, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-000706-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.